FILED

07/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0287

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0287

CITY OF MISSOULA,

      Plaintiff and Appellee,

  v.

ALLAN GOODMAN,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until August 31, 2020 to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 29 2020